## FIRST DEPARTMENT, JUNE, 1928.

SEILER COAL CO., INC., Appellant, v. SEGER BROS. COAL COMPANY, Respondent. — Judgment affirmed, with costs. No opinion. On account of the many inaccuracies and manifold misstatements of fact in the briefs for the appellant, which are so numerous as not to require particularization, the said briefs are ordered stricken from the files of this court. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

## FIRST DEPARTMENT, OCTOBER, 1928.

THE UNIQUE ILLUSTRATING COMPANY v. FRED G. SCOZZOFABA.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before October 16, 1928, and at the same time file notice of argument of the appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHOICE BUILDING CORPORATION v. R. O. W. REALTY CORPORATION and Others, Impleaded with ANTON LARSEN & SON, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed within twenty days after settlement of the same. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPHINE F. BURGHARD v. LUCILLE PUGH, Impleaded, etc. In the Matter of the Application of LUCILLE PUGH for Permission to Sue LAURA A. SKINNER, as Receiver, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before October 29, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

FIDELIA S. LOSCH, as Administratrix, etc., v. MAX MARCIN and AL H. WOODS. — Motion to dismiss appeal as to defendant Al H. Woods denied. Motion to dismiss appeal granted as to the appellant Max Marcin, with ten dollars costs, unless said appellant procure the appellant's points to be served and filed on or before October 26, 1928; respondent to have ten days after such service in which to serve reply points as to both appellants. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPHINE F. BURGHARD v. LUCILLE PUGH, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before October 29, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GUSTAVE NASSAUER.— Motion to dismiss appeal granted unless the appellant procure the appellant's points to be filed on or before October 23, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PARAMOUNT DISCOUNT CORPORATION v. DANIEL REISMAN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant